| | |
|---|---|
| 1 | **SHERMAN & HOWARD L.L.C.** |
| 2 | 7033 East Greenway Parkway, Suite 250 |
|   | Scottsdale, Arizona 85254 |
| 3 | Telephone: (480) 624-2710 |
|   | Fax: (480) 624-2029 |
| 4 | (AZ Bar Firm No. 00441000) |
|   | John Alan Doran (AZ Bar No. 012112) |
| 5 | JDoran@ShermanHoward.com |
| 6 | |
|   | **BAKER & HOSTETLER LLP** |
| 7 | 811 Main Street, Suite 1100 |
|   | Houston, TX 77002 |
| 8 | Telephone: (713) 469-3800 |
| 9 | Fax: (713) 469-3899 |
|   | Mark D. Temple (TX Bar No.00794727) |
| 10 | mtemple@bakerlaw.com |
|    | *(admitted pro hac vice)* |
| 11 | Peter J. Stuhldreher (TX Bar No. 24056393) |
| 12 | pstuhldreher@bakerlaw.com |
|    | *(admitted pro hac vice)* |
| 13 | *Attorneys for Defendant* |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FIDEL J. GUTIERREZ, individually and on behalf of all others similarly situated, | Case No. 2:20-cv-01088-DLR |
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| ADVANCED CALL CENTER TECHNOLOGIES, LLC, d/b/a ACT | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Fidel J. Gutierrez ("Plaintiff" or "Gutierrez") and Defendant Advanced Call Center Technologies, LLC, d/b/a ACT ("Defendant" or "ACT," and collectively with Plaintiff, the "Parties"), jointly stipulate to the dismissal of this lawsuit without prejudice and state as follows:

Active/52527077.1

1. Plaintiff filed this lawsuit on June 3, 2020, asserting claims seeking alleged unpaid wages, including alleged unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (the "FLSA"). *See* Plaintiff's Collective and Class Action Complaint and Jury Trial Demand, Dkt. #1.

2. Defendant appeared and filed its Answer denying Plaintiff's claims and raising, among other defenses, that the claims asserted in the lawsuit are subject to binding arbitration because Plaintiff agreed to an arbitration agreement containing a waiver of class and collective actions that covers the claims asserted in the Complaint. *See* Defendant's Answer and Affirmative Defenses, Dkt. # 10.

3. After reviewing Plaintiff's arbitration agreement, the Parties agree that litigation of Plaintiff's claims in this forum is not proper. Accordingly, the Parties dismiss this lawsuit without prejudice to Plaintiff's right to proceed with his claims in arbitration.

4. Each Party shall bear his/its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 16th day of November, 2020.

        SHERMAN & HOWARD L.L.C.

        By: /s/ *John Alan Doran*
            John Alan Doran
            Arizona Bar No. 012112
            7033 E. Greenway Pkwy; Suite 250
            Scottsdale, AZ 85254

        BAKER & HOSTETLER LLP

            Mark D. Temple *(Admitted pro hac vice)*
            Texas Bar No. 00794727
            mtemple@bakerlaw.com
            Peter J. Stuhldreher *(Admitted pro hac vice)*
            Texas Bar No. 24056393
            pstuhldreher@bakerlaw.com
            811 Main Street, Suite 1100
            Houston, TX  77002
            *Attorneys for Defendant*

| | |
|---|---|
| 1 | |
| 2 | By: */s/ Jacob R. Rusch* |
| 3 | Jacob R. Rusch (MN Bar No. 0391892) |
| | JOHNSON BECKER, PLLC |
| 4 | 444 Cedar Street, Suite 1800 |
| | Saint Paul, MN 55101 |
| 5 | jrush@johnsonbecker.com |
| 6 | *Attorney for Plaintiff* |
| 7 | Stephen I. Leshner |
| 8 | 1440 East Missouri Ave, Suite 265 |
| | Phoenix, AZ  85014 |
| 9 | *Local Counsel for Plaintiff* |

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2020, the foregoing **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** was served upon the following counsel of record via the Court's CM/ECF system:

Stephen I. Leshner
1440 East Missouri Ave, Suite 265
Phoenix, AZ  85014

Jacob R. Rusch
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN  55101

*Attorneys for Plaintiff*

By: */s/ Lori Hinkel*
Lori Hinkel

4

Active/52527077.1