IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fidel J Gutierrez,<br><br>          Plaintiff,<br><br>v.<br><br>Advanced Call Center Technologies LLC,<br><br>          Defendant. | No. CV-20-01088-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Joint Stipulation of Dismissal without Prejudice (Doc. 13), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed without prejudice, each party to bear their own costs and attorneys' fees.

Dated this 18th day of November, 2020.

Douglas L. Rayes
United States District Judge